**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA                                                                                    PLAINTIFF

v.                                          NO. 4:07CR00364-01 JLH

KAYLON DEANDRE BUTLER                                                                                   DEFENDANT

### ORDER

Pending before the Court is the government's Motion to Revoke Defendant's Conditions of Release. Document #40. The motion is GRANTED. The Clerk of Court is directed to issue a warrant of arrest for defendant ***KAYLON DEANDRE BUTLER,*** and deliver it to the United States Marshal for service.

Upon his arrest, the United States Marshals Service is to immediately deliver defendant to the designated Bureau of Prisons facility to begin serving his term of imprisonment.

IT IS SO ORDERED this 3rd day of February, 2009.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE