FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

NOV -7 2012

JAMES W. McCORMACK, CLERK
By:_____
                    DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                                    PLAINTIFF

v.                              NO. 4:07CR00364-01 JLH

KAYLON DEANDRE BUTLER                                                       DEFENDANT

## JUDGMENT and COMMITMENT ORDER

Court convened on Wednesday, November 7, 2012, for a scheduled hearing on the government's motion to revoke supervised release. Document #55. Assistant United States Attorney Benecia B. Moore was present for the government. The defendant appeared in person with his attorney, Assistant Federal Public Defender Justin T. Eisele. United States Probation Officers Daniel Cole and Quincy Pridgeon were also present.

Based on the defendant's admission of the violation regarding the public intoxication misdemeanor charge, the Court determined that defendant's supervised release should be revoked. The defendant denied the allegations regarding the possession of controlled substance and possession of prohibited articles and the government offered no proof on that allegation. The motion to revoke supervised release is granted. Document #55.

IT IS THEREFORE ORDERED that defendant be committed to the custody of the United States Marshals Service/Federal Bureau of Prisons for a term of **THREE (3) DAYS (from 6:00 p.m. on a Friday until 7:00 a.m. the following Monday).** The defendant is allowed to remain on his current conditions of release and self-report to the designated facility on the date designated by the United States Marshals Service. **Supervised release is reimposed and will expire July 27, 2013.**

IT IS FURTHER ORDERED that defendant's conditions of supervised release are hereby modified to add the condition that the defendant must abstain from the use of any alcohol for the remainder of supervision.

All other conditions of supervised release remain in full force and effect as previously imposed.

IT IS SO ORDERED this 7th day of November, 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE